IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | | |
|---|---|---|
| ARROWOOD INDEMNITY COMPANY, | ) | CV 12-69-H-DLC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| THE DIOCESE OF MONTANA a/k/a THE ROMAN CATHOLIC DIOCESE OF HELENA a/k/a THE ROMAN CATHOLIC BISHOP OF HELENA, MONTANA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Plaintiff Arrowood Indemnity's Notice of Dismissal (doc. 6) pursuant to Federal Rule of Civil Procedure 41(A)(i),

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

All deadlines are VACATED and any pending motions are DENIED as moot.

Dated this 6th day of December, 2012.

_____
Dana L. Christensen, District Judge
United States District Court